456 A.2d 987

**In re April SAUERS.**

**Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Argued March 8, 1983.

Decided March 17, 1983.

Howard Ulan, Jules S. Henshell, Harrisburg, for appellant.

James H. McLean, County Sol., Dennis R. Biondo, Cheryl A. Craig, Asst. County Solicitors, Pittsburgh, Frank Cecchetti, Sharon Profeta, Mental Health Advocacy Unit, Pittsburgh, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order Affirmed.